IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00053-RPM

BUENAVENTURO J. VENEGAS;
JOHN VENEGAS, JR.; and
ARTURO ALVARADO,

     Plaintiffs,

v.

THE HOUSING AUTHORITY OF THE CITY OF BRIGHTON, COLORADO;
THE BOARD OF COMMISSIONERS OF THE BRIGHTON HOUSING AUTHORITY;
JANICE E. PAWLOWSKI, individually and in her official capacity as Chairperson of the Board of Commissioners of the Brighton Housing Authority;
DICK McLEAN,
TERRY MOORE,
DAVID GILL,
ELIAS HUERTA,
WAYNE SCOTT,
WILMA ROSE, and
DARYL MEYERS, individually and in their capacity as Commissioners of the Brighton Housing Authority;and
VIRGINIA GUZMAN, individually and in her official capacity as Commissioner of the Brighton Housing Authority,

     Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

     Pursuant to D.C.COLO.LCivR 16, it is

     ORDERED that a scheduling conference will be held on **July 16, 2008, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order

(original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on July 10, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: April 25th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge