IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-00053-RPM

BUENAVENTURO J. VENEGAS;
JOHN VENEGAS, JR.; and
ARTURO ALVARADO,

Plaintiffs,

v.

THE HOUSING AUTHORITY OF THE CITY OF BRIGHTON, COLORADO;
THE BOARD OF COMMISSIONERS OF THE BRIGHTON HOUSING AUTHORITY;
JANICE E. PAWLOWSKI, individually and in her official capacity as Chairperson of the Board of Commissioners of the Brighton Housing Authority;
DICK McLEAN,
TERRY MOORE,
DAVID GILL,
ELIAS HUERTA,
WAYNE SCOTT,
WILMA ROSE, and
DARYL MEYERS, individually and in their capacity as Commissioners of the Brighton Housing Authority;
LEE APPLEGATE, individually and in her official capacity as legal counsel of the Brighton Housing Authority; and
VIRGINIA GUZMAN, individually and in her official capacity as Commissioner of the Brighton Housing Authority,

Defendants.
_____

ORDER DISMISSING DEFENDANT WAYNE SCOTT
_____

This matter comes before the Court on Plaintiffs' *Unopposed Motion To Dismiss Defendant Scott*. The Court has reviewed the motion and the file and makes the following findings and conclusions: Plaintiffs have elected to dismiss their claims against the Defendant, Wayne Scott, individually and in his official capacity as a Commissioner of the Housing Authority. The motion is unopposed by all parties.

Accordingly, it is

ORDERED that the motion for dismissal of the defendant Wayne Scott is granted and he is dismissed from this civil action, both individually and in his official capacity as a Commissioner of the Housing Authority, with prejudice. Plaintiffs and defendant Wayne Scott are to bear their own attorneys' fees and costs.

DATED: May 14th, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge