IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00053-RPM

BUENAVENTURO J. VENEGAS;
JOHN VENEGAS, JR.; and
ARTURO ALVARADO,

    Plaintiffs,

v.

THE HOUSING AUTHORITY OF THE CITY OF BRIGHTON, COLORADO;
THE BOARD OF COMMISSIONERS OF THE BRIGHTON HOUSING AUTHORITY;
JANICE E. PAWLOWSKI, individually and in her official capacity as Chairperson of the Board of Commissioners of the Brighton Housing Authority;
DICK McLEAN,
TERRY MOORE,
DAVID GILL,
ELIAS HUERTA,
WILMA ROSE, and
DARYL MEYERS, individually and in their capacity as Commissioners of the Brighton Housing Authority; and
VIRGINIA GUZMAN, individually and in her official capacity as Commissioner of the Brighton Housing Authority,

    Defendants.

_____

## ORDER EXTENDING DEADLINES
_____

Upon consideration of the Joint Motion to Amend Scheduling Order [41], filed on December 12, 2008, it is

ORDERED that the motion is granted and that deadlines in the Scheduling Order are extended as follows:

*February 10, 2009:* Deadline for the party bearing the burden of persuasion on the issues for which expert opinion is to be offered to provide information specified in Fed. R. Civ.P. 26(a)(2).

*March 10, 2009:* Designations of all contradicting experts and all information specified in Fed. R. Civ. P. 26(a)(2).

*March 31, 2009:* Deadline for all rebuttal opinions.

*April 28, 2009:* Discovery cut-off.

*May 29, 2009:* Dispositive motion deadline.

DATED: December 15th, 2008

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge