**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                May 4, 2009
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 08-cv-00053-RPM

| | |
|---|---|
| BUENAVENTURO J. VENEGAS;<br>JOHN VENEGAS, JR.; and<br>ARTURO ALVARADO, | David M. Herrera |
|     Plaintiffs,<br>v. | |
| THE HOUSING AUTHORITY OF<br>THE CITY OF BRIGHTON, COLORADO;<br>THE BOARD OF COMMISSIONERS OF<br>THE BRIGHTON HOUSING AUTHORITY;<br>JANICE E. PAWLOWSKI, individually and<br>in her official capacity as Chairperson of the<br>Board of Commissioners of the Brighton Housing Authority; | Amy L. Miletich |
| DICK McLEAN,<br>TERRY MOORE,<br>DAVID GILL,<br>ELIAS HUERTA,<br>WILMA ROSE,<br>DARYL MEYERS, individually and in their capacity as<br>Commissioners of the Brighton Housing Authority; and<br>VIRGINIA GUZMAN, individually and<br>in her official capacity as<br>Commissioner of the Brighton Housing Authority, | Thomas S. Rice |
|     Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**2:58 p.m.      Court in session.**

Court's preliminary remarks.

May 4, 2009
08-cv-00053-RPM

2:59 p.m.	Argument by Mr. Rice [51],

3:01 p.m.	Argument by Mr. Herrera.

**ORDERED:	Motion for Extension of Discovery Deadline to Conduct Deposition of Ernesto Lopez, filed April 28, 2009 [51], is granted.  30 days to conduct deposition.**

3:04 p.m.	Argument by Ms. Miletich [50].

**ORDERED:	Defendants' Motion for Protective Order Regarding Deposition of Lee Applegate, Esq., filed April 23, 2009 [50], is denied.  Counsel instructed to conduct the deposition and may assert privilege applicable.  Plaintiff's counsel to specifically identify documents requested.**

3:09 p.m.	Argument by Mr. Herrera [49].

**ORDERED:	Defendants' Motion for Protective Order Regarding Rule 30(b)(6) Depositions, filed April 23, 2009 [49], is granted.**

Discussion regarding scheduling.

**3:14 p.m.	Court in recess.**

Hearing concluded.  Total time: 16 min.