**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-00053-RPM

BUENAVENTURO J. VENEGAS;
JOHN VENEGAS, JR.; and
ARTURO ALVARADO,

      Plaintiffs,

v.

THE HOUSING AUTHORITY OF THE CITY OF BRIGHTON, COLORADO;
THE BOARD OF COMMISSIONERS OF THE BRIGHTON HOUSING AUTHORITY;
JANICE E. PAWLOWSKI, individually and in her official capacity as Chairperson of the
Board of Commissioners of the Brighton Housing Authority;
DICK McLEAN, individually and in his capacity as Commissioners of the Brighton
Housing Authority
TERRY MOORE, individually and in his capacity as Commissioners of the Brighton
Housing Authority
DAVID GILL, individually and in his capacity as Commissioners of the Brighton Housing
Authority
ELIAS HUERTA, individually and in their capacity as Commissioners of the Brighton
Housing Authority
WILMA ROSE, individually and in her capacity as Commissioners of the Brighton
Housing Authority
DARYL MEYERS, individually and in their capacity as Commissioners of the Brighton
Housing Authority; and
VIRGINIA GUZMAN, individually and in her official capacity as Commissioner of the
Brighton Housing Authority,

      Defendants.

_____

ORDER GRANTING JOINT MOTION AND
APPROVING STIPULATION TO DISMISS WITH PREJUDICE
_____

Parties' ***Joint Motion and Stipulation to Dismiss*** [64], filed today, it is

ORDERED that the Parties' motion to dismiss with prejudice shall be, and the

same hereby is, Granted; and it is

FURTHER ORDERED that as to all claims between Plaintiffs and Defendants, each party shall bear their own costs and attorney's fees.

Dated this 24th day of June, 2009.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge